### Tom FULLER v. STATE.  (No. 12161.)

Court of Criminal Appeals of Texas.  Oct. 24, 1928.

On Motion for Rehearing Nov. 14, 1928.

■

Arrington & Johnson, of Mineral Wells, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is transporting intoxicating liquor; the punishment confinement in the penitentiary for one year.

The record is before us without statement of facts or bills of exception. Under facts identical with those disclosed in No. 12160, Fuller v. State (Tex. Cr. App.) 10 S.W.(2d) 556, decided October 17, 1928, appellant contends that he has been wrongfully deprived of a statement of facts. In the Fuller Case, supra, we gave our reasons for declining to sustain appellant's contention. For the reasons there stated, we must hold that appellant is not entitled to a reversal.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### On Motion for Rehearing.

LATTIMORE, J. This is a companion case to the case of Fuller v. State (No. 12160) 10 S.W.(2d) 556, this day decided on rehearing. The questions presented are identical. Our reasons for overruling this motion appear in our opinion in the companion case.

The motion for rehearing is overruled.